# EXHIBIT "A"

| No. 1 | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-047-019 | **Registration Date:** January 13, 2017 |

**Title of Work:** "BeefPrimeRibSlice004_ADL, 09-16-1999"

**Original**



**Link to Alleged Infringement:**

1. https://m.facebook.com/steak38/photos/pb.100064310251071.-2207520000./132718335304315/?type=3&source=42&paipv=0&eav=AfY-eBnPzIcc7EXe4JfIgatc0B1QxWgzUb-2Lad7tnt3aMzUwMMheV8DCcPMbfgxd90

**Screenshot**

